UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00014-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUSTIN O. FREE,

    Defendant.

## ORDER

THIS MATTER comes before the Court upon a review of the file.  Exercising my prerogative as a Senior Judge, I request that this criminal case be reassigned.

Dated:  January 27, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge